UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:26-cv-00224-MWC-MBK | Date | February 5, 2026 |
|---|---|---|---|
| Title | Jie Ru Tang, et al. v. James Janecka, et al. | | |

Present: The Honorable  Michael B. Kaufman, United States Magistrate Judge

| James Munoz | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| n/a | n/a |

**Proceedings:    ORDER RE: RESPONSE TO STATUS REPORT**

On February 4, 2026, Petitioner Tang filed a status report indicating that the Ninth Circuit issued a temporary stay of Petitioner's removal. Dkt. 13 at 2. As a result, Petitioner Tang contends that the Court should proceed with deciding her habeas claims. *Id.* Respondents are **ORDERED** to file a response to Petitioner Tang's status report by or before **Tuesday, February 10, 2026.**

**IT IS SO ORDERED**.