# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JIE RU TANG and DEHUA QU,

Petitioners,

v.

JAMES JANECKA, et al.,

Respondents.

Case No. 5:26-cv-00224-MWC-MBK

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is GRANTED as to DEHUA QU.

DATE: February 11, 2026

_____

HON. MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE