# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIE RU TANG and DEHUA QU, <br><br> Petitioners, <br><br> v. <br><br> JAMES JANECKA, et al., <br><br> Respondents. | Case No. 5:26-cv-00224-MWC-MBK <br><br> ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Respondents did not file any objections to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that: (1) Judgment be entered GRANTING the
2 petition as to JIE RU TANG; (2) a writ of habeas corpus be issued
3 requiring Petitioner Tang's immediate release and prohibiting her re-
4 detention absent notice and an opportunity to be heard with her counsel
5 present.

6

7 DATE: March 3, 2026            *[signature]*
8
                                 _____
9                                HON. MICHELLE WILLIAMS COURT
10                               U.S. DISTRICT JUDGE