JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JIE RU TANG and DEHUA QU,

          Petitioners,

          v.

JAMES JANECKA, et al.,

          Respondents.

Case No. 5:26-cv-00224-MWC-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ADJUDGED that the petition is GRANTED as to JIE RU TANG.

DATE: March 3, 2026

_____
HON. MICHELLE WILLIAMS COURT
U.S. DISTRICT JUDGE